# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA <br> ☒ EEOC | |

| Illinois Department of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | S.S. No. |

| NAME (Indicate Mr., Ms., Mrs.) <br> Legrain Winston | HOME TELEPHONE (Include Area Code) <br> 708-785-3692 | |
|---|---|---|
| STREET ADDRESS <br> 12003 S. Princeton Ave. | CITY, STATE AND ZIP CODE <br> Chicago, IL 60628 | DATE OF BIRTH <br> 4/15/70 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME <br> Cook County Sheriff | NUMBER OF EMPLOYEES, MEMBERS <br> 500+ | TELEPHONE (Include Area Code) <br> 312-603-5500 | |
|---|---|---|---|
| STREET ADDRESS <br> 50 W. Washington St., Rm. 704 | CITY, STATE AND ZIP CODE <br> Chicago, IL 60602 | | COUNTY <br> Cook |
| NAME | | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE <br> ☒ RETALIATION   ☐ NATIONAL ORIGIN   ☒ DISABILITY   ☒ Hostile Work Environment | EARLIEST (ADEA/EPA)   LATEST (ALL) <br> Mid-2009   9/24/15 <br> ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on or about 11/1/9, and have been continuously employed by Respondent for over twenty-five years. My last position was Cook County Sheriff Investigator, Electronic Monitoring Unit. During my employment I have been subjected to discriminating terms and conditions of employment.

Beginning in mid-2009, and continuing through the present, I believe that I have been harassed, and discriminated against, based upon my race and my disability. Further, my direct supervisors, Director Shields, Chief Ranzoni, Chief Neal, Chief Webb and Chief Rohlof continue to discriminate against me, and some have made derogatory comments to me in front of a number of witnesses, such as calling me "Boy", a "dumb ass nigger", and called my family "crooks". Chief Ranzoni also said at roll call, "you all look alike" in referring to black investigators. I have filed a number of grievances with my Union, Teamsters Local 700, complaints to my superiors and H.R., as well as the Office of Professional review. In retaliation, my superiors have filed Disciplinary Action forms against me.

I believe I have been discriminated against because of my race, in violation of Title VII of the Civil Rights Act of 1964, as amended; and the Americans with Disabilities Act (ADA) of 1990 and the amendments thereto, due to my disabling medical condition of sleep apnea/high blood pressure/ stress related anxiety. As a result of the above stated discrimination, I believe I have been forced to work in a hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
JUL 25 2016
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) <br><br> I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. <br><br> Legrain Winston <br> te 23 June 16   *Charging Party (Signature)* | SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Test 10/94)