# EXHIBIT B

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2016-05191 |

Illinois Department of Human Rights — and EEOC
*State or local Agency, if any*

S.S. No.

**NAME** (Indicate Mr., Ms., Mrs.): Samuel Page
**HOME TELEPHONE** (Include Area Code): 773-502-3385
**STREET ADDRESS**: 7212 Washtenaw Ave.
**CITY, STATE AND ZIP CODE**: Chicago, IL 60629-2018
**DATE OF BIRTH**: 8/19/57

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Cook County Sheriff
**NUMBER OF EMPLOYEES, MEMBERS**: 500+
**TELEPHONE** (Include Area Code): 312-603-5500
**STREET ADDRESS**: 50 W. Washington St., Rm. 704
**CITY, STATE AND ZIP CODE**: Chicago, IL 60602
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☒ Hostile Work Environment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA) LATEST (ALL): Mid-2009
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on or about April 16, 1986, and have been continuously employed by Respondent for over thirty years. My last position was Cook County Sheriff Investigator, Electronic Monitoring Unit. During my employment I have been subjected to discriminating terms and conditions of employment.

Beginning in mid-2009, and continuing through the present, I believe that I have been harassed, and discriminated against, based upon my race, african-american and color. Further, my direct supervisors, Director Shields, and Chief Ranzoni, continue to discriminate against me, and some have made derogatory comments to me, and degrading and demeaning statements about me in front of others, which were racially motivated. Chief Ranzoni also said at roll call, "you all look alike" in referring to black investigators. I have been demoted from a supervisor to an investigator and retaliated against for complaining of being discriminated against and being treated differently than caucasion investigators.

I believe I have been discriminated against because of my race, in violation of Title VII of the Civil Rights Act of 1964, as amended; and as a result of the above stated discrimination, I believe I have been forced to work in a hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
JUL 25 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Samuel Page

Date: 6 / June / 2016  Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)