# EXHIBIT C

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 440-2016-05193 |

Illinois Department of Human Rights and EEOC
State or local Agency, if any

S.S. No.

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Victor Slaughter | 708-845-2085 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4612 S. Churchill Dr. | Richton Park, IL 60471 | 10-09-63 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Cook County Sheriff | 500+ | 312-603-5500 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 50 W. Washington St., Rm. 704 | Chicago, IL 60602 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☐ AGE
☒ RETALIATION ☐ NATIONAL ORIGIN ☐ DISABILITY ☒ Hostile Work Environment

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)
1-20-16

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on or about April, 1997, and have been continuously employed by Respondent for over nineteen years. My last position was Cook County Sheriff Investigator, Electronic Monitoring Unit. During my employment I have been subjected to discriminating terms and conditions of employment.

Beginning in April, 2014, and continuing through the present, I believe that I have been harassed, and discriminated against, based upon my race, african-american and color. Further, my direct supervisors, Director Shields, Chief Ranzoni, and Chief Rohlof continue to discriminate against me, and have made derogatory comments to me, and degrading and demeaning statements about me in front of others, which were racially motivated. Chief Ranzoni also said at roll call, "you all look alike" in referring to black investigators. Disciplinary actions are taken based upon race, assignments are distributed based upon race, and I have been retaliated against for complaining of being discriminated against and being treated differently than Caucasian investigators. I have filed many grievances with Teamsters Local union 700, yet the black Investigators continue to be discriminated against, such as when we are relegated to meet in the basement with bad conditions, and white officers are not. We feel as if the supervisors believe in that old and disturbing mentality of "back of the bus" bigotry.

I believe I have been discriminated against because of my race, in violation of Title VII of the Civil Rights Act of 1964, as amended; and as a result of the above stated discrimination, I believe I have been forced to work in a hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

RECEIVED EEOC
JUL 2 5 2016
CHICAGO DISTRICT OFFICE

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.
Victor Slaughter

2 JUNE 16
Date    Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)