# EXHIBIT D

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form | [ ] FEPA<br>[X] EEOC | 440-2018-00225 |

| Illinois Department of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | S.S. No. |

| NAME (Indicate Mr., Ms., Mrs.)<br>I.V. Newson, Jr. | HOME TELEPHONE (Include Area Code)<br>773-580-8219 | |
|---|---|---|
| STREET ADDRESS<br>246 Owen St. | CITY, STATE AND ZIP CODE<br>Matteson, IL 60443 | DATE OF BIRTH<br>3-3-64 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Cook County Sheriff | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE (Include Area Code)<br>312-603-5500 |
|---|---|---|
| STREET ADDRESS<br>50 W. Washington St., Rm. 704 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60602 | COUNTY<br>Cook |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE<br>[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [X] Hostile Work Environment | EARLIEST (ADEA/EPA): Late-2005   LATEST (ALL): 7-24-17<br>[X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on 2-17-90, and have been continuously employed by Respondent for over twenty-seven years. My last position was Cook County Sheriff Investigator, Electronic Monitoring Unit. During my employment I have been subjected to discriminating terms and conditions of employment.

Beginning in late-2005, and continuing through the present, I believe that I have been harassed, and discriminated against, based upon my race, African-American. Further, my direct supervisors, Director Shields, Chief Webb and Deputy Chief Logan continue to discriminate against me, and some have made derogatory comments to me in front of witnesses. They have caused false and unfair disciplinary reports to be filed against me, necessitating my having to file numerous greivances with Teamsters Local Union No. 700, resulting in my being wrongfully called to hearings before the Office of Professional Review. They continually treat the black investigators disparately different and less favorably than the caucasion investigators, and I have filed a number of complaints to my superiors and H.R. regarding unfair duty assignments and partner assignments. The caucasion Investigators were not subjected to this unsafe and discriminatory treatment, including assigning me and my partner, Vernell Tims, also african-American, to investigate an incident involving a person known to have the disease of scabbies. In retaliation for my complaints and excercise of my protected rights, my superiors have filed more Disciplinary Action forms against me.

I believe I have been discriminated against because of my race, African-American, in violation of Title VII of the Civil Rights Act of 1964, as amended. As a result of the above stated discrimination, I believe I have been forced to work in a hostile work environment, also in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br>I.V. Newson, Jr.<br>10-10-17   [signature]<br>Date   Charging Party (Signature) | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

EEOC FORM 5 (Test 10/94)