# EXHIBIT G



CERTIFIED MAIL
7016 2140 0000 5582 1392

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4701*
*Washington, DC 20530*

May 23, 2018

Mr. Victor Slaughter
c/o Gary D. Abrams, Esquire
Law Offices of Gary D. Abrams & Assocs.
55 West Monroe Street
Suite 1200
Chicago, IL 60603

Re: EEOC Charge Against Cook County Sheriff
    No. 440201605193

Dear Mr. Slaughter:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                Sincerely,

                                                John M. Gore
                                                Acting Assistant Attorney General
                                                Civil Rights Division

                                        by *Karen L. Ferguson*
                                                Karen L. Ferguson
                                                Supervisory Civil Rights Analyst
                                                Employment Litigation Section

cc: Chicago District Office, EEOC
     Cook County Sheriff