IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEGRAIN WINSTON, <br> MICHELLE STRICKLAND, <br> VERNELL TIMS, I.V. NEWSON, Jr., <br> SAMUEL PAGE, WILFORD FERGUSON, <br> CECIL WILLIAMS, ANTHONY <br> MANNING, DAVID WALKER, <br> TYRONE MCGHEE and VICTOR <br> SLAUGHTER, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF OF COOK COUNTY <br> THOMAS J. DART, in his <br> Official Capacity, JOSEPH RANZINO, <br> Individually and in his Official Capacity, <br> GREGORY SHIELDS, Individually and in <br> his Official Capacity, THOMAS NEAL, <br> Individually and in his Official Capacity, <br> CHRISTOPHER ROHLOFF, Individually <br> and in his Official Capacity, and <br> COUNTY OF COOK, ILLINOIS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 18-cv-5726 <br><br><br><br> Jury Trial Demand |

## NOTICE OF FILING

TO:   Sheriff of Cook County Thomas J. Dart   Cook County of Illinois
        Sheriff Joseph Ranzino   118 N. Clark Street
        Sheriff Gregory Shields   Chicago, IL 60602
        Sheriff Thomas Neal
        Sheriff Christopher Rohloff
        50 W. Washington, Room 704
        Chicago, IL 60602

PLEASE TAKE NOTICE THAT on August 21, 2018, the undersigned caused to be filed electronically with the U.S. District Court, Northern District of Illinois, Eastern District, **PLAINTIFFS' COMPLAINT**.

                                                Respectfully submitted

        /s/ Daniel Q. Herbert
        Attorney for Plaintiffs

## PROOF OF SERVICE

I, Daniel Q. Herbert, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named pursuant to ECF and shall comply with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User on August 22, 2018.

[x] Under penalties as provided by Law pursuant to IL.REV.STAT. Ch. 110-Sec. 1-109 I certify that the Statements set forth herein are true and correct.

        /s/ Daniel Q. Herbert
        Attorney for Plaintiffs

The Herbert Law Firm
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
dan.herbert@danherbertlaw.com
ARDC# 6273940