IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGRAIN WINSTON, MICHELLE STRICKLAND, )<br>I.V. NEWSON, Jr., SAMUEL PAGE, WILFORD )<br>FERGUSON, CECIL WILLIAMS, DAVID )<br>WALKER, TYRONE MCGHEE and )<br>VICTOR SLAUGHTER, )<br>)<br>        Plaintiffs, )<br>)<br>  vs. )<br>)<br>SHERIFF OF COOK COUNTY THOMAS J. DART, )<br>in his Official Capacity, JOSEPH RANZINO, )<br>Individually and in his Official Capacity, )<br>GREGORY SHIELDS, Individually and in his )<br>Official Capacity, THOMAS NEAL, Individually )<br>and in his Official Capacity, CHRISTOPHER )<br>ROHLOFF, Individually and in his Official Capacity, )<br>and COUNTY OF COOK, ILLINOIS, )<br>)<br>        Defendants. ) | Case No. 18 cv-05726<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF FILING

TO:   All Attorneys of Record in this matter on the Court's CM/ECF Electronic Docketing System.

PLEASE TAKE NOTICE THAT on February 28, 2021, the undersigned caused to be filed electronically with the U.S. District Court, Northern District of Illinois, Eastern District the following: **PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

                                        /s/Daniel Q. Herbert
                                        Counsel for all Plaintiffs

Daniel Q. Herbert, Dan.herbert@danherbertlaw.com
Kelly A. Krauchun, Kelly.krauchun@danherbertlaw.com
The Herbert Law Firm
206 S. Jefferson, Suite 100
Chicago, IL 60661
312-655-7660

## **PROOF OF SERVICE**

I, Daniel Q. Herbert, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on February 28, 2021.

[x] Under penalties as provided by Law pursuant to IL.REV.STAT. Ch.110-Sec. 1-109 I certify that the Statements set forth herein are true and correct.

/s/Daniel Q. Herbert
Counsel for all Plaintiffs

Daniel Q. Herbert (ARDC No. 6273940)
The Herbert Law Firm
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
Dan.herbert@danherbertlaw.com

/s/ Kelly A. Krauchun
Counsel for all Plaintiffs

Kelly A. Krauchun (ARDC No. 6322639)
The Herbert Law Firm
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
Kelly.krauchun@danherbertlaw.com